UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Shawn Michael Dixon**  　　　　　　　　　　　　　　　　　**Docket No. 7:10-CR-113-1D**

**Petition for Action on Supervised Release**

COMES NOW Arthur B. Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shawn Michael Dixon, who, upon an earlier plea of guilty to Attempt to Persuade, Induce, and Entice and Individual Under the Age of 18 to Engage in Illegal Sexual Activity, 18 U.S.C. § 2422(b), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on July 6, 2011, to the custody of the Bureau of Prisons for a term of 126 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of life.

Shawn Michael Dixon was released from custody on September 13, 2019, at which time the term of supervised release commenced.

On November 21, 2019, a Petition for Action on Supervised Release was submitted to the court to add the following condition to his supervised release:

1. The defendant shall not associate or have verbal, written, telephonic, or electronic communications with any person under the age of eighteen (18), except: (1) in the presence of the parent or legal guardian of said minor; (2) on the condition that the defendant notifies the parent or legal guardian of the defendant's conviction or prior history; and (3) with specific, written approval from the U.S. Probation Officer. This provision does not encompass persons under the age of eighteen with whom the defendant must deal in order to obtain ordinary and usual commercial services (e.g., waiters, cashiers, ticket vendors, etc.).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

When Mr. Dixon was sentenced, he was ordered to abide by the Eastern District of North Carolina Sex Offender Program while on supervised release. That program is no longer authorized and as such the following conditions are specifically tailored towards the defendant. The U.S. Probation Office requests that the condition to abide by the Eastern District of North Carolina Sex Offenders Program be removed from Mr. Dixon's conditions of supervision and his conditions be modified to include the below conditions. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. To ensure compliance with supervision, the defendant shall submit to unannounced searches of any computer or computer equipment (including mobile phones, tablets, and data storage devices) which may include the use of computer monitoring technology, computer search or analysis software, and copying of all data from the device and external peripherals. Such examination may require the removal of devices from the defendant's possession for the purpose of conducting a thorough inspection.

2. At the direction of the U.S. Probation Officer, the defendant shall consent to the installation of systems or software that will allow the probation officer or designee to monitor computer use on

Shawn Michael Dixon
Docket No. 7:10-CR-113-1D
Petition For Action
Page 2

any computer that the defendant owns or is authorized to use. The defendant shall pay the costs of this monitoring.

3. The defendant shall not enter adult bookstores, sex shops, clubs or bars with exotic or topless dancers, or massage parlors.

4. The defendant shall not possess children's clothing, toys, games, etc., without permission of the U.S. Probation Officer.

5. The defendant shall not use, possess, or control any computer-based counter forensic tools. The defendant shall not use or have installed any programs specifically and solely designed to encrypt data, files, folders, or volumes of any media. The defendant shall, upon request, immediately provide the U.S. Probation Officer with any and all passwords required to access data compressed or encrypted for storage by any software.

6. The defendant shall not possess any legal or illegal pornographic material, including any materials depicting and/or describing "child pornography" and/or "simulated" child pornography as defined in 18 U.S.C. § 2256, nor shall the defendant enter any location where such materials can be accessed, obtained, or viewed, including pictures, photographs, books, writings, drawings, videos, or video games.

7. The defendant shall not have any social networking accounts without the approval of the U.S. Probation Officer.

8. The defendant shall not use, purchase, possess, procure, or otherwise obtain any computer or electronic device that can be linked to any computer networks, bulletin boards, internet, internet service providers, or exchange formats involving computers unless approved by the U.S. Probation Officer

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Julie W. Rosa<br>Julie W. Rosa<br>Supervising U.S. Probation Officer | /s/ Arthur B. Campbell<br>Arthur B. Campbell<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8677<br>Executed On: March 29, 2021 |

Shawn Michael Dixon
Docket No. 7:10-CR-113-1D
Petition For Action
Page 3

## ORDER OF THE COURT

Considered and ordered this __5__ day of __April__, 2021, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge